**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Elijah John BUCHANAN,**
**Defendant–Appellant.**

**No. 13–10468.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 14, 2014.*

Filed Oct. 21, 2014.

Christina Marie Cabanillas, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

John Lovell, John William Lovell, Tucson, AZ, for Defendant–Appellant.

Elijah John Buchanan, Anthony, TX, pro se.

Before: LEAVY, GOULD, and BERZON, Circuit Judges.

MEMORANDUM **

Elijah John Buchanan appeals from his jury-trial conviction and 24–month sentence for conspiracy to possess with intent to distribute approximately 50 kilograms or more of marijuana, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846, and

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

for possession with intent to distribute approximately 50 kilograms or more of marijuana, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Buchanan's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Buchanan the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.